**88-1986.** State, ex rel. Laguta, v. Summit Cty. Common Pleas Court. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.